UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Michael Schwartzberg (MS 5043)
650 Bloomfield Avenue, Suite 100
Bloomfield, NJ 07003
(973) 743-7733

In Re:

Rosie Perez

Case No.: 24-16653

Judge: CMG

Chapter: 13

Recommended Local Form:   ☑ Followed   ☐ Modified

# PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)

I, _____ Rosie Perez _____, upon my oath according to law, hereby certify as follows:

1. The below information is being supplied for compliance with the Confirmation Hearing date on _____ September 4, 2024 _____.

2. The above named Debtor(s) has /have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above named Debtor(s) has/have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the Confirmation hearing date stated in Paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to any subsequent Confirmation hearing date in the event any of the information contained in this Certification changes.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: 8/1/2024 _____      _____
                                           Signature of Debtor

DATED: _____              _____
                                           Signature of Joint Debtor

new.5/23/06:jml