Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−16653−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Rosie Perez
 95 Cleveland Avenue
 Parlin, NJ 08859

Social Security No.:
 xxx−xx−6485

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

       NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 9, 2024.

Dated: September 9, 2024
JAN: rms

                                                                                             Jeanne Naughton
                                                                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                                   Case No. 24-16653-CMG
Rosie Perez                                                                                                              Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                  User: admin                  Page 1 of 2
Date Rcvd: Sep 09, 2024             Form ID: plncf13             Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rosie Perez, 95 Cleveland Avenue, Parlin, NJ 08859-1542 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 09 2024 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 09 2024 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520319760 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Sep 09 2024 20:47:39 | Aidvantage Federal Student Aid Loan, P.O. Box 4450, Portland, OR 97208-4450 |
| 520319761 | + | Email/PDF: bncnotices@becket-lee.com | Sep 09 2024 20:48:42 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 520360693 | | Email/PDF: bncnotices@becket-lee.com | Sep 09 2024 20:59:22 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520333033 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 09 2024 20:47:43 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520319763 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 09 2024 20:33:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520359109 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 09 2024 20:33:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520319764 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 09 2024 20:33:00 | Lexus Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 520319765 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 09 2024 20:48:44 | Macy's, PO Box 71359, Philadelphia, PA 19176-1359 |
| 520319767 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 09 2024 20:32:00 | PNC Bank, PO Box 1820, Dayton, OH 45401 |
| 520374765 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 09 2024 20:32:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520319766 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 09 2024 20:59:29 | Paypal Credit/SYNCB, PO Box 71707, Philadelphia, PA 19176-1707 |
| 520353708 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2024 20:48:47 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520319768 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 09 2024 20:33:00 | Shellpoint, PO Box 650840, Dallas, TX 75265-0840 |
| 520319769 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 09 2024 20:48:31 | Synchrony Bank, PO Box 71715, Philadelphia, PA 19176-1715 |

Case 24-16653-CMG    Doc 18    Filed 09/11/24    Entered 09/12/24 00:13:28    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 09, 2024 | Form ID: plncf13 | Total Noticed: 18 |

| 520352972 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |
|---|---|---|---|
| | | Sep 09 2024 20:33:00 | Toyota Motor Credit Corporation, dba Lexus Financial Services, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520320688 | | Edwin Perez |
| 520319762 | *+ | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 520360694 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 11, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jenelle C Arnold | on behalf of Creditor NewRez LLC D/B/A Shellpoint Mortgage Servicing bkecfinbox@aldridgepite.com jarnold@ecf.courtdrive.com |
| Michael Schwartzberg | on behalf of Debtor Rosie Perez michael@jerseylaws.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5