| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 24-16653 / CMG**

Rosie Perez

Petition Filed Date: 07/01/2024
341 Hearing Date: 08/01/2024
Confirmation Date: 09/04/2024

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2024 | $385.00 | 99070760 | 09/03/2024 | $385.00 | 99588110 | 10/02/2024 | $582.00 | 10005221 |
| 11/04/2024 | $582.00 | 10053798 | 12/02/2024 | $582.00 | 10097614 | | | |

**Total Receipts for the Period: $2,516.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $3,098.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Rosie Perez | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Michael Schwartzberg, Esq.<br>»» AMD DISCLOSURE 7/2/24 | Attorney Fees | $3,950.00 | $2,332.95 | $1,617.05 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2021-2023 | Priority Creditors | $16,593.01 | $0.00 | $16,593.01 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2017-2020 | Unsecured Creditors | $5,347.04 | $0.00 | $5,347.04 |
| 3 | CITIBANK, N.A.<br>»» MACY'S CC | Unsecured Creditors | $5,356.62 | $0.00 | $5,356.62 |
| 4 | TOYOTA MOTOR CREDIT CORPORATION<br>»» 2022 LEXUS NX350 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 5 | RESURGENT RECEIVABLES, LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $1,037.75 | $0.00 | $1,037.75 |
| 6 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» CARECREDIT | Unsecured Creditors | $7,721.92 | $0.00 | $7,721.92 |
| 7 | AMERICAN EXPRESS | Unsecured Creditors | $29,045.56 | $0.00 | $29,045.56 |
| 8 | AMERICAN EXPRESS | Unsecured Creditors | $4,563.59 | $0.00 | $4,563.59 |
| 9 | PNC BANK, NA<br>»» P/95 CLEVELAND AVE/2ND MTG | Mortgage Arrears | $375.14 | $0.00 | $375.14 |
| 10 | WILMINGTON SAVINGS FUND SOCIETY, FSB<br>»» P/95 CLEVELAND AVE/1ST MTG | Mortgage Arrears | $1,859.83 | $0.00 | $1,859.83 |
| 11 | AIDVANTAGE ON BEHALF OF<br>»» STUDENT LOANS O/S | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-16653 / CMG**

| | **SUMMARY** | | |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 1/23/2025: | | | |
| Total Receipts: | $3,098.00 | Plan Balance: | $31,428.00 ** |
| Paid to Claims: | $2,332.95 | Current Monthly Payment: | $582.00 |
| Paid to Trustee: | $232.52 | Arrearages: | $0.00 |
| Funds on Hand: | $532.53 | Total Plan Base: | $34,526.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.