UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor:
PNC BANK, NATIONAL ASSOCIATION

**Order Filed on March 6, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Rosie Perez
    Debtor
Edwin Perez
    Co-Debtor

Case No.: 24-16653 CMG

Chapter: 13

Hearing Date: 12/17/2025@ 9am

Judge: Christine M. Gravelle

## CONSENT ORDER REINSTATING STAY AND CURING POST-PETITION ARREARS

The relief set forth on the following pages, numbered two (2) through three (3) is hereby
**ORDERED.**

**DATED: March 6, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Rosie Perez
Case No:  24-16653 CMG
Caption of Order:  CONSENT ORDER REINSTATING STAY AND CURING ARREARS

_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, PNC BANK, NATIONAL ASSOCIATION, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 95 Cleveland Ave, Sayreville Boro, NJ, 08859, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Michael Schwartzberg, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of February 19, 2026, Debtor is in arrears outside of the Chapter 13 plan to Secured Creditor for payments due February 2026 for a total post-petition default of $375.14; and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $375.14 will be paid by Debtor no later than February 28, 2026; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume March 1, 2026, directly to Secured Creditor, (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees which is to be paid through Debtor's Chapter 13 plan; and

**(Page 3)**
Debtor:  Rosie Perez
Case No:  24-16653 CMG
Caption of Order:  CONSENT ORDER REINSTATING STAY AND CURING ARREARS

_____

It is further **ORDERED, ADJUDGED and DECREED** that automatic stay as to the subject property

is hereby reinstated.

I hereby agree and consent to the above terms and conditions:                    Dated:

/s/ Denise Carlon                                                                February 20, 2026
DENISE CARLON, ESQ.
ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:                    Dated:

                                                                                 2/25/2026
MICHAEL SCHWARTZBERG, ESQ.
ATTORNEY FOR DEBTOR